856 A.2d 1201

Derrick R. COOMBS, Appellant,

v.

Michelle GWINN, State Attorney General Civil Rights Enforcement Division, PA. State Police, Donald Kelchner & Jeffrey Beard, Secretary Off Corrections, as Custodians, Appellees.

Supreme Court of Pennsylvania.

July 30, 2004.

## ORDER

PER CURIAM.

**AND NOW,** this 30th July, 2004, probable jurisdiction is noted and the order appealed is affirmed.